# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAM DUONG,<br><br>        Petitioner,<br><br>    v.<br><br>V. M. ALMAGER, Warden,<br><br>        Respondent. | Case No. SACV 08-0706-SJO (JEM)<br><br>**JUDGMENT** |

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is denied and dismissed with prejudice.

DATED:  January 24, 2011

                                                      S. JAMES OTERO<br>
                                        UNITED STATES DISTRICT JUDGE